# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2658
_____

ROBERT JONES a/k/a OBADYAH
BARAQ YISRAEL,

     Appellant,

     v.

FLORIDA COMMISSION ON
OFFENDER REVIEW; SECRETARY
OF THE FLORIDA DEPARTMENT OF
CORRECTIONS; and WARDEN OF
MADISON CORRECTIONAL
INSTITUTE,

     Appellees.

_____


On appeal from the Circuit Court for Madison County.
Wesley Raymond Douglas, Judge.


January 22, 2026


PER CURIAM.

    AFFIRMED.

RAY, KELSEY, and TREADWELL, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Robert Jones a/k/a Obadyah Baraq Yisrael, pro se, Appellant.

Dan Johnson, General Counsel, and Declan Duffy, Senior Assistant General Counsel, Florida Department of Corrections, Tallahassee; Rana Marie Wallace, General Counsel, and Alex Christiano, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee; James Uthmeier, Attorney General, Tallahassee, for Appellees.